UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Bodick

Plaintiff,

-v-

TOUCHSTONE HEALTH PARTNERSHIP, INC., TOUCHSTONE HEALTH HMO, INC. and TOUCHSTONE HEALTH MSO, INC.,

Defendants

Case No. _____

**08 CV 1568**

*JUDGE MARRERO*

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Upon information and belief, Defendants Touchstone Health HMO, Inc. and Touchstone Health MSO, Inc. are wholly owned subsidiaries of Touchstone Health Partnership, Inc., all of which are privately held companies.

Date: February 14, 2008

_____
Signature of Attorney

Attorney Bar Code: (HPSD-4187)