```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN BODICK,

                      Plaintiff,

      v.

TOUCHSTONE HEALTH PARTNERSHIP, INC.,
TOUCHSTONE HEALTH HMO, INC. and
TOUCHSTONE HEALTH MSO, INC.,

                      Defendants.

08 CV 1568 (VM)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Brian Bodick and defendants Touchstone Health Partnership, Inc., Touchstone Health HMO, Inc. and Touchstone Health MSO, Inc. (collectively, "Defendants"), that the time for Defendants to answer, move or otherwise respond to the complaint is extended to and including March 21, 2008. This stipulation may be executed in counterparts and facsimile copies shall be deemed originals.

Dated: New York, New York
       March 3, 2008

THE DWECK LAW FIRM, LLP
*Attorneys for Plaintiff*

By: _____
   H.P. Sean Dweck (HPSD-4187)
   75 Rockefeller Plaza
   16th Floor
   New York, New York 10019
   (212) 687-8200

MOSES & SINGER LLP
*Attorneys for Defendants*

Touchstone Health Partnership, Inc.,
Touchstone Health HMO, Inc. and Touchstone
Health MSO, Inc.

By: _____
   Kimberly Klein, Esq. (KK-6312)

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

SO ORDERED:

3-5-08
DATE      VICTOR MARRERO, U.S.D.J.

676064v1 009351.0116