*Marrero, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN BODICK,

                Plaintiff,

v.

TOUCHSTONE HEALTH PARTNERSHIP, INC.,
TOUCHSTONE HEALTH HMO, INC. and
TOUCHSTONE HEALTH MSO, INC.,

                Defendants.

08-CV-1568 (VM)

STIPULATION
OF DISCONTINUANCE
WITH PREJUDICE

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein that the above-entitled action be, and hereby is, discontinued against defendants TOUCHSTONE HEALTH PARTNERSHIP, INC., TOUCHSTONE HEALTH HMO, INC. and TOUCHSTONE HEALTH MSO, INC., with prejudice and without costs or fees to any party. This stipulation may be executed in counterparts and facsimile copies shall be deemed originals.

Dated: New York, New York
        March 28, 2008

THE DWECK LAW FIRM, LLP
*Attorneys for Plaintiff*

By: _____
H.P. Sean Dweck (HPSD-4187)
75 Rockefeller Plaza, 16th Floor
New York, New York 10019
(212) 687-8200

MOSES & SINGER LLP
*Attorneys for Defendants*

Touchstone Health Partnership, Inc.,
Touchstone Health HMO, Inc. and Touchstone
Health MSO, Inc.,

By: _____
Kimberly Klein, Esq. (KK-6312)

405 Lexington Avenue
New York, New York 10174
(212) 554-7800

SO ORDERED: *The Clerk of Courts is directed to close this case.*

3-28-08
DATE    VICTOR MARRERO, U.S.D.J.

678458v1 009351.0116

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08