```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYED MUMTAZ, et al.,

                    **Plaintiffs,**

- against -

PAKISTAN INTERNATIONAL AIRLINES, et al.,

                    **Defendants.**

ORDER

08 Civ. 1568 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on May 13, 2008,

    **IT IS HEREBY ORDERED** that all discovery shall close in this case on **July 31, 2008.**

**SO ORDERED this 13th day of May 2008**
**New York, New York**

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge